

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00118-CV
_____

ANTHONY ANTWAN GORDON, A/K/A
CODY ANTWAN GORDON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Sixth Judicial District Court
Lamar County, Texas
Trial Court No. 22401

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Anthony Antwan Gordon, a/k/a Cody Antwan Gordon, has filed a notice of appeal from an order that directed the inmate trust account of this indigent appellant to be garnished for over $10,000.00. *See* TEX. GOV'T CODE ANN. § 501.014 (Vernon 2004).

In order to perfect an appeal to this Court from the August 7, 2008, order of garnishment, Gordon was required to file a notice of appeal within thirty days of that date, on or before September 8, 2008. *See* TEX. R. APP. P. 26.1. The rule also provides a fifteen-day grace period, which would have expired September 23. This notice of appeal was filed October 9, 2008. It is untimely and cannot serve to invoke the jurisdiction of this Court.

We have no jurisdiction over this appeal. There being no timely notice of appeal from the garnishment, we dismiss this appeal for want of jurisdiction.

_____
Josh R. Morriss, III
Chief Justice

Date Submitted:     October 21, 2008
Date Decided:      October 22, 2008